**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**(Southern Division)**

**DEBRA MAYS-KING,**

Plaintiff,

v.

**HAMPTON INN COLUMBUS AIRPORT,** and

**HYATT HOTELS CORPORATION,**

Defendants.

**Case No.:**
**Judge:**

**JURY TRIAL DEMANDED**

DIONNE E. WEBSTER-COX (P70422)
WEBSTER LAW OFFICE PLLC
24100 SOUTHFIELD ROAD, STE. 100
SOUTHFIELD, MI 48075
734-215-2444 / 734-943-6069 FAX
DEWC@WEBSTERLAWOFFICEPLLC.COM

## COMPLAINT

Plaintiff, DEBRA MAYS-KING, by and through her undersigned counsel, brings this action against Defendants HAMPTON INN COLUMBUS AIRPORT and HYATT HOTELS CORPORATION, and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship) because the Plaintiff and Defendants

are citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

2. Plaintiff Debra Mays-King is a resident of Eastpointe, Michigan, located within this District.

3. Defendant Hampton Inn Columbus Airport is a business entity located in Columbus, Ohio.

4. Defendant Hyatt Hotels Corporation is a Delaware corporation with its principal place of business in Chicago, Illinois.

5. Venue is proper in the Eastern District of Michigan pursuant to 28 U.S.C. § 1391 as the Plaintiff resides in this District and the Defendants conduct substantial business within the state of Michigan and this District.

**FACTUAL ALLEGATIONS**

6. On March 7, 2026, at approximately 3:09 PM, Plaintiff Debra Mays-King was a registered guest staying at the Hampton Inn Columbus Airport, located at 4280 International Gateway, Columbus, OH.

7. Plaintiff was assigned to Room 122.

8. While attempting to use the bathtub/shower facility in the bathroom of Room 122, Plaintiff stepped into the tub and slipped.

9. The bathtub provided by the Defendants was in a dangerous and defective condition, as it lacked essential safety features, including handrails, bathtub safety treads, non-slip stickers, or shower treads.

10. As a result of the slip, Plaintiff's left foot hit the drain plug, and she struck the back of her head on the back rim of the tub.

11. An incident report was completed on March 8, 2026, documenting the fall and the resulting injuries to the Plaintiff's left foot, right hand (including broken nails), shoulder, right hip, and head.

12. Following the incident, Plaintiff sought medical treatment on March 9, 2026, at MedCare Urgent Care.

13. Diagnostic imaging revealed a cortical irregularity of the distal fibula in the left ankle, which was identified as a possible fracture or bony injury.

14. As a direct result of the injuries sustained in the fall, Plaintiff was required to use a walking boot to stabilize the ankle and crutches for mobility.

15. Plaintiff was prescribed several medications for pain management, including Diclofenac topical gel, Lidocaine ointment, and Ibuprofen.

## COUNT I – NEGLIGENCE

16. Plaintiff incorporates by reference the allegations contained in the previous paragraphs as if fully set forth herein.

17. Defendants owed Plaintiff, a business invitee, a duty to exercise reasonable care to maintain the guest room premises in a reasonably safe condition.

18. Defendants breached this duty by failing to provide adequate slip-resistant surfaces or safety handrails in the bathtub, creating an unreasonable risk of injury to guests.

19. As a direct and proximate result of Defendants' negligence, Plaintiff suffered physical injury, including a possible ankle fracture, significant bruising, and head trauma, resulting in medical expenses, physical pain, and emotional distress.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Debra Mays-King respectfully requests that this Court enter judgment in her favor and against Defendants for compensatory damages in an amount exceeding $75,000.00, together with interest, costs, and attorney's fees.

Respectfully submitted:

WEBSTER LAW OFFICE PLLC

Dated: October 12, 2026

/s/ *Dionne E. Webster-Cox*
Dionne E. Webster-Cox
Attorney for Plaintiff
24100 Southfield Road, Ste. 100
Southfield, MI 48075
734-215-2444 / 734-943-6069 fax
dewc@websterlawofficepllc.com